

U.S. Department of Justice

United States Attorney
Eastern District of New York

DAL/AES
F. #2013R00799

271 Cadman Plaza East
Brooklyn, New York 11201

July 22, 2015

By ECF

The Honorable Margo K. Brodie
United States District Judge
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Lopez, et al.,
            Criminal Case No. 14-00463 (S-1)(MKB)

Dear Judge Brodie:

      Pursuant to the Court's direction at the July 9, 2015 status conference, the parties have conferred regarding a mutually agreeable trial date in this matter. The parties propose a trial date of Monday, December 7, 2015.[1] The government estimates that its case-in-chief will take no more than eight trial days.

      Respectfully submitted,

      KELLY T. CURRIE
      Acting United States Attorney
      Eastern District of New York

By:     s/
      Darren A. LaVerne
      Alixandra E. Smith
      Assistant U.S. Attorneys
      (718) 254-7000

cc: All Defense Counsel (By ECF)

---

[1] The government has advised the defense that it anticipates filing a motion for an anonymous jury. In the event the motion is granted, the parties propose that jury questionnaires be distributed to the venire on November 23, voir dire take place during the week of November 30, and opening statements commence on December 7.